

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00141-CV

**JSC NIZHNEDNEPROVSKY TUBE ROLLING PLANT** aka Nizhnedneprobsky Trubny Zavod aka Interpipe NTRP aka NTRP, Sepco Tubulars, Inc. nka North America Interpipe, Inc., Sepco SA nka Interpipe Europe SA, and Padre Tubulars, Inc.,
Appellants

v.

**UNITED RESOURCES,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,112
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Cynthia Lenz's Extension of time to file the court reporter's record is this date NOTED. Time is extended to April 10, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Audrey Vicknair
Law Office Of Audrey Mullert Vicknair
802 N Carancahua St Ste 1350
Corpus Christi, TX 78401-0022

Timothy Ray Hightower
Hightower, Russo, & Capellan
639 Heights Blvd
Houston, TX 77007-2523

Michael E. McElroy
McElroy, Sullivan & Miller LLP
PO Box 12127
Austin, TX 78711-2127